UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

**SUNDAY DIXON OREKOYA,**              )
                                       )
           **Plaintiff,**               )
                                       )
           **v.**                       )    **CIVIL ACTION No.**
                                       )    **15-10657-NMG**
                                       )
**ANDREW RAINER, et al.,**             )
                                       )
           **Defendants.**              )

                    **ORDER RESCINDING SUMMONSES**

**GORTON, J.**

    On March 4, 2015, plaintiff Sunday Dixon Orekoya ("Orekoya") paid the $400 filing fee and filed a <u>pro</u> <u>se</u> complaint against three Massachusetts attorneys, two Massachusetts law firms and the American Civil Liberties Union Foundation of Massachusetts. <u>See</u> Complaint ("Compl."). The defendants are plaintiff's former legal counsel in <u>Orekoya, et al. v. Mooney, et al.</u>, C.A. No. 92-11794-MEL (judgment for defendants), <u>aff'd</u>, No. 02-1306 (1st Cir. May 15, 2003) (district court judgment for defendants affirmed).

    In the civil cover sheet accompanying the complaint, Orekoya identified <u>Orekoya v. Rainer</u>, C.A. No. 13-11964-NMG (the "2013 action") as a related civil case. The Court's records indicate that in a 2013 Memorandum and Order, Orekoya was advised that the 2013 action was subject to dismissal and that he could be subject to sanctions. <u>See</u> Docket No. 12, C.A. No. 13-11964-NMG.

    While Orekoya's show cause reply was pending in the 2013 action, <u>see</u> Docket No. 14, C.A. No. 13-11964-NMG, he filed a notice of dismissal on March 4, 2015. <u>See</u> Docket No. 24, C.A.

No. 13-11964-NMG. The 2013 action was terminated that morning.

Once the 2013 action was terminated, Orekoya promptly filed the instant action that same afternoon. See Compl., Docket No. 1. The complaint filed in the instant action is almost identical to the complaint filed by plaintiff in the 2013 action.

In light of the foregoing, it is hereby ORDERED that

1. The summonses are rescinded and plaintiff is prohibited from attempting to effectuate service of process on defendants. If process has already been served, defendants shall not be obligated to file a responsive pleading to this action;

2. No further action shall be taken in this case pending further order of the court.

**So ordered.**

/s Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 20, 2015